UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRYST ZAWADSKI,<br><br>                        Plaintiff,<br><br>       -against-<br><br>DEPART OF JUSTICE,<br><br>                        Defendant. | 21-CV-10443 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 9, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the May 6, 2015 order in *In Re Young Yil Jo*, ECF 1:14-CV-7793, 3 (S.D.N.Y. May 6, 2015), the complaint is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Young Yil Jo, at 1932 E. Washington Blvd., Pasadena, CA 91104, his address of record for *In Re Young Yil Jo*, ECF 1:14-CV-7793, and note service on the docket.

SO ORDERED.

Dated:   December 9, 2021
             New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                         Chief United States District Judge